**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1786**

─────────────

RALPH DEMENTRI RANSOM,

                                   Plaintiff - Appellant,

     versus

RICHARD DANZIG, Secretary of the Navy,

                                   Defendant - Appellee,

     and

JOHN H. DALTON, Secretary,

                                   Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-890-A)

─────────────

Submitted: July 30, 1999          Decided: August 19, 1999

─────────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ralph Dementri Ransom, Appellant Pro Se. Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ralph Dementri Ransom appeals the district court's order granting summary judgment to the Navy in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Ransom v. Danzig</u>, No. CA-98-890-A (E.D. Va. Apr. 14, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's judgment or order is marked as "filed" on April 13, 1999, the district court's records show that it was entered on the docket sheet on April 14, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).